UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Midwest Truck & Auto Parts, Inc.

Plaintiff,

v.   Case No.: 1:18−cv−00679
Honorable Andrea R. Wood

Brent M Barton, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 7, 2018:

MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Defendants' motion to dismiss, quash summons, and transfer case [6] is entered and continued. Defendants' motion for deferral [10] is granted. Defendants' obligation to answer or otherwise plead to Plaintiffs' complaint and the parties' mandatory initial discovery obligations are stayed until further order of Court. Plaintiff's motion to remand [16] is taken under advisement as fully briefed. Status hearing set for 4/4/2018 [9] remains firm. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.